IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00803-RPM

PATRICK RYDER,

    Plaintiff,

v.

UNITED STATES LIABILITY INSURANCE COMPANY,

    Defendant.

_____

ORDER DISMISSING FIRST, THIRD AND FOURTH CLAIMS FOR RELIEF
_____

On April 4, 2013, the defendant filed a motion to dismiss the first, third and fourth claims for relief in the plaintiff's complaint and on April 24, 2013, the plaintiff filed a notice of partial dismissal of those claims. Accordingly, it is

ORDERED that the first, third and fourth claims for relief are dismissed without prejudice.

DATED: April 25th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge