IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00803-RPM

PATRICK RYDER,

     Plaintiff,

v.

UNITED STATES LIABILITY INSURANCE COMPANY,

     Defendant.

_____

ORDER EXTENDING EXPERT DISCLOSURE DEADLINE
_____

     Upon review of the plaintiff's unopposed motion to modify the scheduling order to extend the expert disclosures deadline to March 17, 2014, it is

     ORDERED that the motion is granted.

     Dated: February 14th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge