IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00803-RPM

PATRICK RYDER,

    Plaintiff,

v.

UNITED STATES LIABILITY INSURANCE COMPANY,

    Defendant.
_____

ORDER EXTENDING EXPERT DISCLOSURE DEADLINE
_____

    Upon review of the plaintiff's unopposed motion to modify the scheduling order to extend the expert disclosures deadline to April 28, 2014, it is

    ORDERED that the motion is granted.

    Dated:   March 31st , 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge