IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00803-RPM

PATRICK RYDER,

      Plaintiff,

v.

UNITED STATES LIABILITY INSURANCE COMPANY,

      Defendant.

_____

## ORDER FOR DISMISSAL
_____

      Pursuant to the Stipulated Motion for Dismissal with Prejudice [28], it is

      ORDERED that this action and all claims and defenses within are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

      Dated:   June 12th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge